1  EILEEN M. DECKER
   United States Attorney
2  DOROTHY A. SCHOUTEN
3  Assistant United States Attorney
   Chief, Civil Division
4  ROBYN-MARIE LYON MONTELEONE
5  Assistant United States Attorney
   Chief, General Civil Section
6  AMANDA SCHAPEL, CSBN 271295
7  Special Assistant United States Attorney
8       Social Security Administration
9       160 Spear St., Suite 800
        San Francisco, CA  94105
10      Telephone: (415) 977-8983
11      Facsimile: (415) 744-0134
        Email: Amanda.Schapel@ssa.gov
12 Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ROSEANN SAMARO, | ) No. 5:16-cv-01174-AJW |
| | ) |
| Plaintiff, | ) [PROPOSED] |
| | ) **JUDGMENT OF REMAND** |
| v. | ) |
| | ) |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

1 | The Court having approved the parties' Stipulation to Voluntary Remand
2 | Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment
3 | ("Stipulation to Remand") lodged concurrent with the lodging of the within
4 | Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND**
5 | **DECREED** that the above-captioned action is remanded to the Commissioner of
6 | Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: October 7, 2016

*[signature]*

HON. ANDREW J. WISTRICH
UNITED STATES MAGISTRATE JUDGE